1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9                   **DISTRICT OF NEVADA**
10

JOAN OKOJIE,                          )
11                                    )          Case No. 2:16-cv-00439-JCM-NJK
                        Plaintiff(s), )
12                                    )
vs.                                   )          ORDER
13                                    )
SILVERTON CASINO, LLC,                )
14                                    )
                        Defendant(s). )
15 _____)

16          To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).

17  The parties are hereby **ORDERED** to file, no later than November 9, 2016, either (1) a joint proposed

18  discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at

19  this time.

20          IT IS SO ORDERED.

21          DATED: November 4, 2016

22                                                _____
                                                  NANCY J. KOPPE
23                                                United States Magistrate Judge

24
25
26
27
28