UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOAN OKOJIE,<br><br>                                        Plaintiff,<br><br>        v.<br><br>SILVERTON CASINO, LLC,<br><br>                                        Defendant. | Case No. 2:16-cv-00439-JCM-NJK<br><br>ORDER |

Due to the scheduling needs of the court,

**IT IS ORDERED** that the Early Neutral Evaluation Conference, currently scheduled for December 2, 2016, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **December 20, 2016, before <u>The Honorable Carl W. Hoffman</u>**.

1.  Plaintiff shall arrive in Judge Hoffman's Chambers, Room 3014 at <u>1:00 p.m.</u>

2.  Defendant shall arrive in Judge Hoffman's Chambers, Room 3014 at <u>1:30 p.m.</u>

Confidential ENE statements are due to Judge Hoffman's Chambers, Room 3014, **no later than 4:00 p.m., December 13, 2016.**

All other instructions within the original Order Scheduling Early Neutral Evaluation Conference (ECF No. 19) shall remain in effect.

DATED this 10th day of November, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1