# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOAN OKOJIE,<br><br>                Plaintiff(s),<br><br>vs.<br><br>SILVERTON CASINO, LLC,<br><br>                Defendant(s). | Case No. 2:16-cv-00439-JCM-NJK<br><br>ORDER |

      Pending before the Court is the parties' joint status report. Docket No. 24. In light of that status report, the deadline to file a discovery plan is **EXTENDED** to December 7, 2016.

      IT IS SO ORDERED.

      DATED: November 10, 2016

                                                  _____<br>
                                                  NANCY J. KOPPE<br>
                                                  United States Magistrate Judge